# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KEYBANK NATIONAL ASSOCIATION,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CIV-20-356-G ) |
| **MARKWELL PAVING COMPANY,** | ) ) ) |
| Defendant. | ) |

## ORDER

On April 16, 2020, this action was filed by Plaintiff Keybank National Association. A review of the filings in this case reflects that Plaintiff has not filed a disclosure statement as prescribed by Federal Rule of Civil Procedure 7.1 and/or Local Civil Rule 7.1.1.

IT IS THEREFORE ORDERED that Plaintiff shall file its disclosure statement within seven (7) days of the date of this Order.

Further, it appears from the record that Plaintiff is represented by James K. Haney of Wong Fleming, whose office is located in Princeton, New Jersey. As Mr. Haney is apparently not a resident of, and does not maintain an office in, Oklahoma, Local Civil Rule 83.3(a) requires his association with local counsel. Accordingly, Mr. Haney shall, within seven (7) days of the date of this Order, either show association with local counsel or file a motion seeking to be excused from the local-counsel requirement. *See, e.g.*, *EEOC v. Johnson Controls, Inc.*, No. CIV-19-904-F (W.D. Okla.). All counsel are additionally required to file an entry of appearance pursuant to Local Civil Rule 83.4.

IT IS SO ORDERED this 14th day of May, 2020.

_____
CHARLES B. GOODWIN
United States District Judge